*Vistas* las disposiciones legales que se citan en el mismo.

*Fallamos:* que debemos confirmar y confirmamos el auto que en 20 de Marzo último dictó la Corte de Distrito de San Juan, con las costas al apelante.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Sulzbacher y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.

---

## Ex Parte Mattei.

Apelación procedente de la Corte de Distrito de Ponce.

No. 37.—Resuelto en Octubre 14, 1903.

APELACIÓN.—No habiendo error alguno que justifique la revocación de la resolución dictada por el Tribunal inferior, debe declararse sin lugar el recurso.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

Notice of this order having been served upon the said Charles F. Filbrick, he took an appeal therefrom, which was allowed, and the parties being cited, the record was sent up to this Supreme Court, where in due time the appellant appeared, and examined and returned the same as also the *Fiscal* by whom the appeal was opposed.

A day was set for the hearing which took place on the 9th instant, when the Attorney-General presented such arguments in support of his position as were deemed pertinent, the appellant having failed to appear.

Mr. *Juan de Guzmán Benítez*, for appellant.

Mr. *del Toro, Fiscal* of the Supreme Court.

No. 37.—Decided October 14, 1903.

Mr. *del Toro, Fiscal*, for respondent.

The appellant did not appear.

*Opinión del Tribunal.*

En el recurso de apelación que ante Nos pende, interpuesto por Vicente Mattei, contra resolución denegándole la excarcelación que solicitó en diligencias de Habeas Corpus, se dicta por esta Corte Suprema la siguiente resolución. Vicente Mattei que fué condenado á prisión por la Corte de Distrito de Ponce, por violación de las Leyes de Rentas Internas, presentó solicitud por auto de Habeas Corpus al Honorable E. B. Wilcox, uno de los Jueces de la Corte de Distrito. La resolución del Juez, al celebrarse la vista, se dictó en el sentido de que se desestimara la solicitud, y de que el peticionario fuera nuevamente encarcelado hasta cumplir la sentencia que le fuera impuesta por la Corte de Distrito. De esta resolución se apeló para ante este Tribunal. Al celebrarse la vista de la apelación el Hon. Fiscal representaba al Pueblo de Puerto Rico, no compareciendo abogado alguno en representación del apelante, ni habiendo tampoco presentado ninguna alegación por escrito, basando por consiguiente su apelación en los mismos fundamentos consignados en su escrito solicitando el auto de Habeas Corpus. El Hon. Juez de la Corte de Distrito en su decisión discute cada una de las alegaciones hechas por el peticionario con respecto á la supuesta ilegalidad de su prisión, y esta Corte, habiendo revisado cuidadosamente todas las alegaciones contenidas en la solicitud y después de examinar las actuaciones remitidas á este Tribunal, no encuentra error alguno propio para ser discutido en un procedimiento de Habeas Corpus; ni tampoco error alguno en la decisión del Juez Wilcox. Por lo tanto, se declara sin lugar la presente apelación, con las costas al recurrente; y comuníquese á la Corte de Distrito de Ponce, con devolución de los autos que remitiera, á los efectos procedentes.

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados, Hernández, Sulzbacher y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.